# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-4012

_____

John Dee Steward,                          *
                                           *
                Appellant,                 *
                                           *
        v.                                 *    Appeal from the United States
                                           *    District Court for the
Lewis, Guard, Jackson County Jail;         *    Western District of Missouri.
Hawkins, Correctional Officer; Stewart,    *
Correctional Officer; James, Dr.; C.O.,    *        [UNPUBLISHED]
                                           *
                Appellees.                 *

_____

Submitted:  April 12, 2001
Filed:  April 26, 2001

_____

Before BYE, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

_____

PER CURIAM.

John Dee Steward appeals the district court's[1] grant of summary judgment to jail personnel in his 42 U.S.C. § 1983 action.  We grant Steward leave to appeal in forma pauperis (IFP), assess the filing fee according to the provisions of the Prison Litigation Reform Act (PLRA), and leave the collection details to the district court.  After carefully reviewing the record and Steward's submission on appeal, we affirm, see 8th

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

Cir. R. 47A(a), but we modify the district court's order to reflect that the disposition will not count against Steward under the PLRA's three-strike provision, see 28 U.S.C. § 1915(g) (prohibiting prisoner from proceeding IFP if he has three or more times in past brought civil action that was dismissed because it was frivolous, malicious, or failed to state claim).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.